UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA JORDAN, et al., | Case No.  2:25-cv-03456-DC-CSK (PS) |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| COUNTY OF NEVADA, et al., | (ECF Nos. 2, 5.) |
| Defendants. | |

Plaintiff Cassandra Jordan, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On March 3, 2026, the assigned magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 5).  No objections were filed and the time in which to do so has passed.

Although it appears from the docket that plaintiff's copy of the findings and recommendations was returned to the court marked as undeliverable, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 3, 2026 (ECF No. 5) are ADOPTED;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

Dena Coggins
United States District Judge

2